B-2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: | Case No. 1:19-bk-06589 |
| Samuel Eugene Davis, | Chapter 13 |
| Debtor | Judge Randal S. Mashburn |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Transferee** | **Transferor** |
|---|---|
| CSMC 2022-RPL1 Trust | U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS3 |

Name and Address where notices to transferee should be sent:
P.O. Box 65250
Salt Lake City, UT 84165-0250
Phone: Warm transfer hotline:   (888) 349-8955
Last Four Digits of Acct #:XXXXXX7763

Court Claim # (if known): 30
Amount of Claim: $85,599.90
Date Claim Filed: 12/19/2019

Last Four Digits of Acct. #: 7763

Name and Address where transferee payments should be sent (if different from above):
Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Phone: Warm transfer hotline:   (888) 349-8955
Last Four Digits of Acct #:XXXXXX7763

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Michael G. Clifford                               Date:  05/16/2022
Bonnie S. Culp, TN Bar No: 014741
Michael G. Clifford, TN Bar No: 028691
LOGS Legal Group LLP
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
(704) 333-8107

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

bculp@logs.com | (704) 249-0065
mclifford@logs.com | (704) 608-9374
Electronic Service Notifications: logsecf@logs.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U .S.C. §§ 152 & 3571.

B-2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

In Re:                                                  Case No. 1:19-bk-06589

Samuel Eugene Davis,                       Chapter 13

          Debtor                                   Judge Randal S. Mashburn

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Samuel Eugene Davis
2203 1/2 Denis Drive
Columbia, TN 38401

(Served via Electronic Notification Only)
J. Robert Harlan,
HARLAN, SLOCUM & QUILLEN
P.O. Box 949
Columbia, TN 38402-0949

(Served via Electronic Notification Only)
Henry Edward Hildebrand III
Office of The Chapter 13 Trustee
PO BOX 340019
Nashville, TN 37203

(Served via Electronic Notification, Only)
Office of the United States Trustee
701 Broadway, Ste 318
Nashville, TN 37203

This the __19th__ day of __May_____, 2022.

/s/ Michael G. Clifford
_____
Bonnie S. Culp, TN Bar No: 014741
Michael G. Clifford, TN Bar No: 028691
LOGS Legal Group LLP
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
(704) 333-8107
bculp@logs.com | (704) 249-0065
mclifford@logs.com  | (704) 608-9374
Electronic Service Notifications: logsecf@logs.com
19-119283

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U .S.C. §§ 152 & 3571.



**SPS | SELECT Portfolio SERVICING, inc.**
P.O. Box 65250
Salt Lake City, UT 84165

Date: 09/26/2014

Property Address: 2203 1/2 DENISE DRIVE
COLUMBIA, TN 38401

1234

SAMUEL DAVIS
2203 1/2 DENISE DR
COLUMBIA TN 38401-3988

Dear Customer:

We are pleased to inform you that the servicing of your 1st mortgage loan will be transferred from Caliber Home Loans Inc. to Select Portfolio Servicing, Inc. (SPS) effective 10/01/2014.

- Your prior servicer will stop accepting your mortgage payments after 09/30/2014. If you have already mailed your payment to your prior servicer and it is received after this date, it will be forwarded to SPS for processing.
- Beginning 10/01/2014, all payments must be remitted to SPS.
- If you do not receive a billing statement from SPS prior to your next due date, please include the attached temporary coupon with your payment. Please reference your new SPS loan number (see above) on your check.
- If your prior servicer automatically drafts your monthly payment from your bank account, that service will cease and you will have to provide SPS with a completed Authorization for Withdrawal and Direct Payment form (enclosed).
- If you were provided mortgage life, disability or other types of optional insurance through your prior servicer, these services will not be continued. If you wish to continue these services, you must contact your private insurer.
- Please call your insurance agent within 15 days to request the mortgagee on your insurance policy be changed to read "Select Portfolio Servicing, Inc., its successors and/or assigns".
- This transfer does not affect any terms or conditions of your loan documents other than terms directly relating to the servicing of your loan.

If you have any questions related to the transfer of servicing from your prior servicer, please contact their Customer Service Department at 1-800-401-6587. Their mailing address is: PO BOX 24610, Oklahoma City, OK 73124.

If you were working with your prior servicer on a potential modification, short sale, or other repayment plan, SPS will work with you to continue this process with minimal disruption. To continue this process or if you have any questions regarding your loan on or after 10/01/2014, please contact the SPS Customer Service Department at 1-800-258-8602 Mon. - Thu. from 8 a.m. to 11 p.m. ET; Fri. from 8 a.m. to 9 p.m. ET; and Sat. from 8 a.m. to 2 p.m. ET. You may also access your account information online at www.spservicing.com.

If you wish to send a written inquiry about your account or dispute any of the information on this statement, please do not include it with your payment. All written requests must be sent to the address listed below for Notification of Error/Information Request. If you send your Notification of Error/Information Request to any other address, it may not be processed in accordance with our Customer Service Timelines.

| Important Mailing Addresses: | General Correspondence | Payment Remittance | Notification of Error/ Information Request |
|---|---|---|---|
| | P.O. Box 65250 | P.O. Box 65450 | P.O. Box 65277 |
| | Salt Lake City, UT 84165 | Salt Lake City, UT 84165 | Salt Lake City, UT 84165 |

**Please include your loan number on all correspondence.**

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta llamando al teléfono 1-800-258-8602 y marque la opción 2.

ERIEAH/NCP4-09

Select Portfolio Servicing, Inc.

SAMUEL DAVIS
2203 1/2 DENISE DRIVE
Loan No.

Payment Amount

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Additional Amount

☐ *Change of address or telephone? If so, check here and note change*

NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

YOU ARE HEREBY NOTIFIED THAT THE SERVICING OF YOUR LOAN, THAT IS, THE RIGHT TO COLLECT PAYMENTS FROM YOU, IS BEING ASSIGNED, SOLD OR TRANSFERRED FROM CALIBER HOME LOANS INC. TO SELECT PORTFOLIO SERVICING, INC. EFFECTIVE 10/01/2014. THE ASSIGNMENT, SALE OR TRANSFER OF THE SERVICING OF THE MORTGAGE LOAN DOES NOT AFFECT ANY TERM OR CONDITION OF THE MORTGAGE INSTRUMENTS, OTHER THAN THE TERMS DIRECTLY RELATED TO THE SERVICING OF YOUR LOAN.

EXCEPT IN LIMITED CIRCUMSTANCES, THE LAW REQUIRES THAT YOUR PRESENT SERVICER SEND YOU A NOTICE AT LEAST 15 DAYS BEFORE THE EFFECTIVE DATE OF TRANSFER OR AT CLOSING. YOUR NEW SERVICER MUST ALSO SEND YOU A NOTICE NO LATER THAN 15 DAYS AFTER THE EFFECTIVE DATE OR AT CLOSING.

YOU SHOULD ALSO BE AWARE OF THE FOLLOWING INFORMATION, PURSUANT TO SECTION 6 OF THE REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) (12 U.S.C. SECTION 2605):

DURING THE 60-DAY PERIOD FOLLOWING THE EFFECTIVE DATE OF THE TRANSFER OF THE LOAN SERVICING, A LOAN PAYMENT RECEIVED BY YOUR OLD SERVICER BEFORE ITS DUE DATE MAY NOT BE TREATED BY THE NEW LOAN SERVICER AS LATE, AND A LATE FEE MAY NOT BE IMPOSED ON YOU.

SECTION 6 OF RESPA (12 U.S.C. 2605) GIVES YOU CERTAIN CONSUMER RIGHTS. IF YOU SEND A "QUALIFIED WRITTEN REQUEST" TO YOUR LOAN SERVICER CONCERNING THE SERVICING OF YOUR LOAN, YOUR SERVICER MUST PROVIDE YOU WITH A WRITTEN ACKNOWLEDGEMENT WITHIN 5 BUSINESS DAYS OF RECEIPT OF YOUR REQUEST. A "QUALIFIED WRITTEN REQUEST" IS A WRITTEN CORRESPONDENCE, OTHER THAN NOTICE ON A PAYMENT COUPON OR OTHER PAYMENT MEDIUM SUPPLIED BY THE SERVICER, WHICH INCLUDES YOUR NAME AND ACCOUNT NUMBER, AND YOUR REASONS FOR THE REQUEST. NOT MORE THAN 30 BUSINESS DAYS AFTER RECEIVING YOUR REQUEST, YOUR SERVICER MUST MAKE ANY APPROPRIATE CORRECTIONS TO YOUR ACCOUNT, AND MUST PROVIDE YOU WITH A WRITTEN CLARIFICATION REGARDING ANY BUSINESS DISPUTE. A 15 DAY EXTENSION IS PERMITTED IF THE SERVICER NOTIFIES YOU BEFORE THE END OF THE 30 DAY PERIOD AND PROVIDES THE REASON FOR THE DELAY IN RESPONDING. DURING THIS 30 BUSINESS DAY PERIOD, YOUR SERVICER MAY NOT PROVIDE INFORMATION TO A CONSUMER REPORTING AGENCY CONCERNING ANY OVERDUE PAYMENT RELATED TO SUCH PERIOD OR QUALIFIED WRITTEN REQUEST. HOWEVER, THIS DOES NOT PREVENT THE SERVICER FROM INITIATING FORECLOSURE IF PROPER GROUNDS EXIST UNDER THE MORTGAGE DOCUMENTS.

A BUSINESS DAY IS A DAY ON WHICH THE OFFICES OF THE BUSINESS ENTITY ARE OPEN TO THE PUBLIC FOR CARRYING ON SUBSTANTIALLY ALL OF ITS BUSINESS FUNCTIONS.

SECTION 6 OF RESPA ALSO PROVIDES FOR DAMAGES AND COSTS FOR INDIVIDUALS OR CLASSES OF INDIVIDUALS IN CIRCUMSTANCES WHERE SERVICERS ARE SHOWN TO HAVE VIOLATED THE REQUIREMENTS OF THAT SECTION. YOU SHOULD SEEK LEGAL ADVICE IF YOU BELIEVE YOUR RIGHTS HAVE BEEN VIOLATED.

IF YOU HAVE FILED BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, PLEASE BE ADVISED THAT THIS STATEMENT DOES NOT REPRESENT AND IS NOT INTENDED TO BE A DEMAND FOR PAYMENT. THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY. YOU SHOULD CONTACT LEGAL COUNSEL REGARDING YOUR OBLIGATION, IF ANY, TO PAY ON THE MORTGAGE LOAN.

Esta carta le informa que el servicio de su préstamo de hipoteca está siendo transferido a Select Portfolio Servicing, Inc. Varios aspectos importantes de su préstamo corriente pueden cambiarse durante y después de este proceso. Por favor lláme a nuestro representante de información y reclamaciones en español al numero de telefono indicado para hablar de estos cambios y cualquier pregunta que usted pueda tener.

FEDERAL FAIR CREDIT REPORTING ACT/ THE FACT ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit score.

IMPORTANT NOTICE CONCERNING PRIVATE MORTGAGE INSURANCE

If your residential mortgage loan has private mortgage insurance (PMI), which is separate and distinct from Homeowners or liability insurance, federal or state law may give you the right to cancel this insurance under some circumstances. Please contact our Customer Service Department for more information.

AFFILIATE BUSINESS DISCLOSURE

Please note that Select Portfolio Servicing, Inc. may utilize an affiliated company to perform financial services related to your loan account and that Select Portfolio Servicing, Inc., and/or the affiliated company may receive a financial benefit as a result of such relationship.

---

**HAS YOUR ADDRESS CHANGED?  IF SO, PLEASE COMPLETE THIS FORM**

Mailing Address _____

City _____ State _____ ZIP _____

Home Phone _____ Business Phone _____

**All Borrowers' Signatures Required For Address Change**

_____    _____
Borrower's Signature                                   Co-Borrower's Signature

# FEE SCHEDULE

The following is a list of fees and charges that, subject to applicable law, or the documents evidencing your loan, may be imposed in connection with the servicing of your loan. Please note that the fees listed below are subject to change from time to time.

| Fee | Amount | Description |
|---|---|---|
| Late Fee | Refer to loan documents | Fee charged for failure to make a regular monthly payment on time. State law may dictate the fee amount. |
| NSF or Dishonored Check Fee | Up to $25.00 | Fee charged when a payment by check is returned as not paid by your bank because of insufficient funds in the checking account. |
| Interest on Advance | Generally, calculated at the interest rate under the note. | Interest that we may be permitted to charge under the loan documents for amounts that we may be required to pay on your behalf, for example, taxes, insurance and foreclosure-related costs and expenses. |
| Prepayment Fee | Please refer to loan documents | Your loan documents may require you to pay an additional fee if you pay off your loan early. |
| Property Inspection | $9.60 - $19.99 | Fee charged if you are in default and we can not make contact with you to determine the condition of the property. |
| Broker Price Opinion (BPO) | $89.00 - $195.00 | Fee charged for determining the value and condition of the property when loan payments are past due. |
| Appraisal Fees | $195.00 - $450.00 | Fee charged for appraisal used to determine the value and condition of the property. |
| Recording Fee | Based on county/town schedule | Fee charged by the relevant county/town for recording the release/satisfaction. |
| Release Fee | Up to $45.00 | Fee paid to a third party charged at payoff for preparing the release of mortgage. |
| Foreclosure Attorney Fees and Costs | This fee and cost will vary | Fees and costs associated with protection of collateral. Foreclosure attorney fees and costs will vary by filing type and are limited to the actual fees and costs. |
| Bankruptcy Attorney Fees and Costs | This fee and cost will vary | Fees and costs associated with preserving obligation. Bankruptcy attorney fees and costs will vary by bankruptcy Chapter type and are limited to actual fees and costs. |
| Property Preservation Costs | This fee will vary | Fees required to preserve the property. Will vary according to each situation and required expenses. |

The fees shown below will be imposed for services that you request. You will be asked to agree to pay these charges at the time you request the service.

| Fee | Amount | Description |
|---|---|---|
| Check by Phone | Up to $15.00 | Fee charged for making a payment by phone or internet. (Also known as EZ Pay) |
| Express Mail Fee | Actual Charge Incurred | Actual charge from delivery service provider (such as UPS or FedEx) for expedited delivery of documents. |

***This Fee Schedule does not contain all fees that may be charged for services rendered. Please note that Select Portfolio Servicing, Inc. may utilize an affiliated company to perform services related to your loan account and that Select Portfolio Servicing, Inc. and/or the affiliated company may receive financial benefit as a result of such relationship.***

Revised December 2011