Fill in this information to identify the case:

Debtor 1 <u>Samuel Davis</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the <u>Middle District Of Tennessee</u>

Case number <u>1:19-bk-0</u>6589

<u>Official Form 410S1</u>
**Notice of Mortgage Payment Change** 12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: CSMC 2022-RPL1 Trust                **Court claim no**. (if known): <u>30</u>

**Last four digits** of any number you use to identify the debtor's account:   7763

**Date of payment change:** <u>09/01/2022</u>
Must be at least 21 days after date of this notice

**New total payment:**    <u>$ 981.16</u>

Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ _____          **New escrow payment:** $ _____

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** <u>7.38000 %</u>       **New interest rate:**       <u>8.38000  %</u>

   **Current principal and interest payment:** <u>$ 734.95</u>  **New principal and interest payment:** <u>$ 774.57</u>

Debtor 1 <u>Samuel    Davis</u>       Case Number (*If known*): 1:19-bk-06589
        First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>   /s/ Michael G. Clifford                    </u>       Date <u>07/18/2022         </u>
Signature

**Print:** <u>Michael G. Clifford, TN Bar No: 028691          </u>       **Title** Attorney
        First Name   Middle Name          Last Name

Company: LOGS Legal Group LLP

Address: 10130 Perimeter Parkway, Suite 400
         Number          Street

<u>                </u> Charlotte, NC 28216
         City         State    Zip Code

Contact phone: <u>(704) 333-8107</u>       Contact Email: <u>logsecf@logs.com</u>

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 07/18/2022

Chapter 13 Trustee: Henry Edward Hildebrand III, Office of The Chapter 13 Trustee (via ECF)
Trustee Address: PO BOX 340019, Nashville, TN 37203

Debtor's Counsel Name: J. Robert Harlan, HARLAN, SLOCUM & QUILLEN (via ECF)
Debtor's Counsel Address: P.O. Box 949, Columbia, TN 38402-0949
Debtor's Counsel Email: bknotices@robertharlan.com

Debtor's Name: Samuel Eugene Davis (via US Mail)
Debtor's Mailing Address: 2203 1/2 Denis Drive, Columbia, TN 38401

/s/ Michael G. Clifford
Bonnie S. Culp, TN Bar No: 014741
Michael G. Clifford, TN Bar No: 028691
LOGS Legal Group LLP
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
(704) 333-8107
bculp@logs.com | (704) 249-0065
mclifford@logs.com | (704) 608-9374
Electronic Service Notifications: logsecf@logs.com
19-119283



July 7, 2022

SAMUEL DAVIS
2203 1/2 DENISE DR
COLUMBIA, TN 38401

**Account Number:**
**Property Address:** 2203 1/2 DENISE DRIVE
COLUMBIA, TN 38401

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 09/01/2022.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 6 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 08/01/2019 and may change every 6 month(s) for the life of the mortgage. The rate is scheduled to change again on 02/01/2023 with a corresponding payment change on 03/01/2023.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 7.38000% | 8.38000% |
| Principal | $291.19 | $272.72 |
| Interest | $443.76 | $501.85 |
| Escrow (Taxes & Insurance) | $206.59 | $206.59 |
| **Total Monthly Payment** | $941.54 | $981.16 Due 09/01/2022 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 2.93514% and the margin is 6.38000%. The index is the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE and is published MONTHLY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 14.38000% or less than 7.38000% over the life of the loan.

The rate can change each subsequent period by no more than 1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE, the margin, rounding of 0.12500%, the account balance of $71,864.30, and the remaining amortized loan term of 150 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**